**IN RE APPEAL OF MAY DEPARTMENT STORES CO.**

[342 N.C. 889 (1996)]

IN THE MATTER OF: THE APPEAL OF THE MAY DEPARTMENT STORES COMPANY FROM THE APPRAISAL OF CERTAIN REAL PROPERTY BY THE FORSYTH COUNTY BOARD OF EQUALIZATION AND REVIEW FOR 1991

No. 344PA95

(Filed 8 March 1996)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 119 N.C. App. 596, 459 S.E.2d 274 (1995), reversing a final decision of the North Carolina Property Tax Commission entered 16 August 1993 and remanding for a new hearing. Heard in the Supreme Court 14 February 1996.

*Manning, Fulton & Skinner, P.A., by Michael T. Medford; and Doody And Lafakis, Ltd., by Gregory J. Lafakis, for May Department Stores Company, petitioner-appellee.*

*Davida W. Martin, Assistant County Attorney, for Forsyth County, respondent-appellant.*

PER CURIAM.

AFFIRMED.

Justice Orr did not participate in the consideration or decision of this case.